UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JEFF TITUS,**
 *Petitioner*,

            Case No.: 2:18-CV-11315
v.            Hon. Paul D. Borman

**NOAH NAGY, Warden,**     Magistrate Mona K. Majzoub
 *Respondent*.
_____/

## ORDER ADJOURNING DISPOSITION OF CASE
## AND
## CLOSING CASE FOR ADMINISTRATIVE PURPOSES

Upon consideration of the parties' stipulation, the Court agrees to postpone making a dispositive decision in this case so that the Conviction Integrity Unit of the Michigan Attorney General's Office may conduct an investigation to determine whether there is clear and convincing evidence that Mr. Titus was wrongfully convicted in the underlying criminal case, Kalamazoo County Circuit Court No. D02-0166-FC.

IT IS ORDERED that this case is closed for administrative purposes. Nothing in this order shall be construed as an adjudication of Petitioner's habeas claim.

IT IS FURTHER ORDERED that Petitioner shall inform the Court at the conclusion of the Conviction Integrity Unit's investigation and review whether he

wants to voluntarily dismiss his petition or have the Court re-open this case and issue a dispositive decision on his claim.

    IT IS SO ORDERED.

Dated:  September 30, 2019              <u>s/Paul D. Borman</u>
                                                             Paul D. Borman
                                                             United States District Judge