UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　CASE NO. 2:18-cv-11315

NOAH NAGY,

    Respondent.

---

### ORDER GRANTING UNCONDITIONAL WRIT ORDERING A NEW TRIAL AND TITUS' IMMEDIATE RELEASE

Based on the stipulation of the parties to this matter, and the Court being fully advised in the premises, the Court hereby:

1) **Grants** Petitioner Titus' motion to supplement the habeas petition pending before this Court to add an additional *Brady* claim;

2) **Grants** Petitioner Titus an unconditional writ of habeas corpus;

3) **Orders** that Petitioner Titus' convictions and sentences in Kalamazoo County Circuit Court No. D02-000166-FC are to be vacated immediately and a new trial granted; and

4) **Orders** that Petitioner Titus be released from Michigan Department of Corrections (MDOC) custody forthwith.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED:  February 24, 2023